25-134

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

Civ. Action No.

(To be assigned by Clerk's Office)

COMPLAINT

(Pro Se)

Jury Demand?

-Yes

MATTHEW JONES,

PLAINTIFF,

V.

SEAFORD DELAWARE BLUE JAYS SCHOOL DISTRICT, et al.,

DEFENDANTS.


FILED
JAN 31 2025
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

(Del. Rev. 11/14) Pro Se General Complaint Form

I. PARTIES IN THIS COMPLAINT

Plaintiff:

Name: Jones, Matthew

Street Address: 11366 Sussex Highway, Greenwood, DE 19950

County: Sussex

Telephone Number: 302-396-7319

E-mail Address (if available) AlfredENeuman3386@gmail.com

Defendant(s)

Defendant 1:

Name: Seaford School District Blue Jays

Street Address: 390 N Market St, Seaford, DE 19973

County: Sussex

Defendant 2:

Name: Archmere Academy for Boys

Street Address: 3600 Philadelphia Pike, Claymont, DE 19703

County: New Castle

Defendant 3:

Brandywine School District

1000 Pennsylvania Ave, Claymont, DE 19703-1200

New Castle County

Defendant 4:

St. Mark's High School

2501 Pike Creek Road, Wilmington, Delaware 19808

New Castle County

Defendant 5:

St. Elizabeth's High School

1500 Cedar St, Wilmington, DE 19805

New Castle County

Defendant 6:

Austin Baltz Elementary School

1500 Spruce Ave, Elsmere, Wilmington, DE 19805

New Castle County

Defendant 7:

Christina School District

1899 S College Ave, Newark, DE 19702

New Castle County

Defendant 8:

Red Clay Consolidated School District

1502 Spruce Avenue, Wilmington, DE 19805

New Castle County

Defendant 9:

Christiana High School

190 Salem Church Rd, Newark, DE 19713

New Castle County

Defendant 10:

Saint Georges High School

555 Hyetts Corner Rd, Middletown, DE 19709

New Castle County

Defendant 11:

Smyrna High School

500 Duck Creek Pkwy, Smyrna, DE 19977-1066

New Castle County

Defendant 12:

Clayton Elementary School

510 Main St, Clayton, DE 19938

New Castle County

Defendant 13:

Caesar Rodney School District

7 Front St, Wyoming, DE 19934

Kent County

Defendant 14:

Holy Cross Catholic School

631 S State St, Dover, DE 19901-3529

Kent County

Defendant 15:

Lake Forest School District

5424 Killens Pond Rd, Felton, DE 19943

Kent County

Defendant 16:

Laurel School District

1160 S Central Ave, Laurel, DE 19956

Sussex County

Defendant 17:

University of Delaware

104 Hullihen Hall, Newark, DE 19716

New Castle County

Defendant 18:

Wesley College

120 N State St, Dover, DE 19901

Kent County

(Del. Rev. 11/14) Pro Se General Complaint Form

## II. BASIS FOR JURISDICTION

Check the option that best describes the basis for jurisdiction in your case:

X U.S. Government Defendant: United States or a federal official or agency is a defendant.

X Federal Question: Claim arises under the Constitution, laws or treaties of the United States.

If you chose "Federal Question", state which of your federal constitutional or federal statutory rights have been violated. **RE: 8 U.S. Code § 1401 - Nationals and citizens of United States at birth**

## III. VENUE

This court can hear cases arising out of the Counties of New Castle, Kent, and Sussex in the State of Delaware.

Under 28 U.S.C § 1391, this is the right court to file your lawsuit if: (1) All defendants live in this state AND at least one of the defendants lives in this district; OR (2) A substantial part of the events you are suing about happened in this district; OR (3) A substantial part of the property that you are suing about is located in this district; OR (4) You are suing the U.S. government or a federal agency or official in their official capacities and you live in this district. Explain why this district court is the proper location to file your lawsuit. **RE: All 4 numbered statements above are true and correct.**

Venue is appropriate in this Court because:

## IV. STATEMENT OF CLAIM

Place(s) of occurrence:

Delaware, all 3 Counties, Wilmington included in Brandywine School District, St. Mark's High School, St. Elizabeth's High School, and Red Clay Consolidated School District

Date(s) of occurrence: 1985- present day

State here briefly the FACTS that support your case. Describe how each defendant was personally involved in the alleged wrongful actions.

FACTS:

What

happened to

you?

Was anyone

else

involved?

Who did

what?

In Delaware, truancy laws are outlined in Title 14, Chapter 27 of the Delaware Code. Here are some key points:

Compulsory Attendance: Students aged 5 to 16 must attend school regularly. Parents or guardians are responsible for ensuring their child's attendance1.

Definition of Truancy: A student is considered truant if they are absent from school without a valid excuse for more than 3 school days in a school year.

Truancy Court: If a student accumulates 20 unexcused absences, the school district may file truancy charges. The Truancy Court process

involves regular case reviews to address the reasons for absenteeism and develop a plan to improve attendance2.

Penalties: Parents or guardians of truants can face legal consequences, including fines and mandatory participation in intervention programs.

Nearly all schools in Delaware cannot be attended and survived. They are named in blasphemy and murder.

Archmere Academy for Boys: surrounded by gas lines, electrical power sources and nuclear technology. It explodes at planned times and unplanned times, destroying the whole area. The fire burns all the way into the city of Wilmington. This happens at least twice every season.

Claymont Middle School: same location as Archmere. Robots are the main adult population.

Christian Schools: Chr has an all-time longest life span of less than 29 minutes. JC equally lives 29 minutes. Those with Chr and JC are going to die in 4 hours or less from being with Chr or JC.

Schools in Christina School District: same as above.

Schools in Christiana, Delaware: same as above.

Seaford Blue Jays: Ja and those with Ja have the same lowest survival rate as JC and Chr.

Schools with La in their name: La is a female title for a woman with all her teeth and in all ways adequate. The raped are not allowed near La, it is fatal.

Places with El in their name: El is a title for a man with all his teeth and in all ways adequate. The raped are not allowed near El, it is fatal.

Places that have Mu in their name: Mu means the same thing as Murder. The longest that anyone has ever lived with this name is 16 minutes. Those with Mu also die.

Places with Sm in their name: means to smite. They die as certainly as Mu and with Mu. Their time of life is disagreed about but no recovery.

People and places named Graves: die today, die from being with them in support.

People named Burns, places also: same as Graves.

UD: secondary to UT, very certain death from known and unknown causes. Death continues until the person leaves the place, changes his name, and the utopia loses contact with him, or else he stays dead from death repeating and suffering increasing and ongoing.

The school year is 180 days out of the 362 day year. School is 7 hours long, 8 AM - 3 PM, not including transportation and activities with the school that happen when school is not in session. School is mandatory attendance from ages 5 to 16, over 11 years.

## V. INJURIES

If you sustained injuries related to the events alleged above, describe them here.

It was determined by the State Representatives and the State Senators that in 1995, I was the only living student attending school in Delaware. This investigation was repeated by the President Clinton administration in 1996, 1997, and 1998, and they too found that I am the only student attending school in Delaware, by the laws of attendance and discipline, and passing grades. This continues to this day.

## VI. RELIEF

The relief I want the court to order is:

X Money damages in the amount of: $495,000,000

Title 18 of the United States Code Section 1113 provides the penalties for a conviction of attempt to commit murder or manslaughter. The penalties for an attempted murder include a maximum of twenty years imprisonment, a $250,000 fine, or both.

$250,000 x 180 days x 11 years = $495,000,000

## VII. CLOSING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; and (3) complies with the requirements of Rule 11. I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Dated Plaintiff's/Signature

_[signature]_   1/3/2025

Printed Name (Last, First, MI)

Jones, Matthew

Address City State Zip Code

11366 Sussex Highway, Greenwood, DE 19950

Telephone Number E-mail Address (if available)

(302) 396-7319 AlfredENeuman3386@gmail.com

List the same information for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.